# Court of Appeals
# of the State of Georgia

ATLANTA, ___March 02, 2015___

*The Court of Appeals hereby passes the following order:*

## A14A1590. ADAMS v. BUSSA.

We granted Jennifer Adams's application for discretionary appeal from the superior court's order denying her complaint for declaratory judgment and to establish child support. Following plenary consideration of the case, including a thorough review of the complete record on appeal, we have determined that the application for discretionary appeal was improvidently granted. Accordingly, we vacate the order granting the application for discretionary appeal and dismiss this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___ 03/02/2015 ___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*